THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRO (ALEX) KIRIGIN & LAUREN R. KIRIGIN, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, AND PROGRESSIVE MAX INSURANCE COMPANY,<br><br>                    Defendants. | Civil Action No.: 2:24-cv-01545-BJR<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT** |

The Court, having read and considered the Unopposed Motion for Extension of Defendants' Deadline to Respond to Plaintiffs' Complaint ("Unopposed Motion"), and for good cause appearing, rules as follows:

IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED. The deadline for Defendants to respond to the Complaint in the above-captioned action shall be extended from October 4, 2024, up to and including November 4, 2024.

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF DEFENDANTS' DEADLINE TO
RESPOND TO PLAINTIFFS' COMPLAINT
CIVIL ACTION NO.: 2:24-CV-01545-BJR

1

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

1    **IT IS SO ORDERED.**

2    Dated this 2nd day of October 2024

3    *Barbara J. Rothstein*

4    HONORABLE BARBARA J. ROTHSTEIN
     UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11   *Presented by:*

12   _____/s/ Logan F. Peppin_____
     Logan Peppin, WSBA # 55704
13   **BAKER & HOSTETLER LLP**
     999 Third Avenue, Suite 3900
14   Seattle, WA  98104-4076
     Tel:    206.332.1380
15   E-mail:lpeppin@bakerlaw.com

16   Ali I. Haque, *pro hac vice*
     **BAKER & HOSTETLER LLP**
17   200 Civic Center Drive, Suite 1200
     Columbus, OH 43215
18   Tel:    614.462.2605
     E-mail:ahaque@bakerlaw.com
19
     *Attorney for Defendants*
20   *Progressive Direct Insurance Company,*
     *Progressive Casualty Insurance Company, and*
21   *Progressive Max Insurance Company*

22

23

24

25

26

27

ORDER GRANTING UNOPPOSED MOTION FOR              2        BAKER & HOSTETLER LLP
EXTENSION OF DEFENDANTS' DEADLINE TO                      999 Third Avenue, Suite 3900
RESPOND TO PLAINTIFFS' COMPLAINT                         Seattle, WA  98104-4076
CIVIL ACTION NO.: 2:24-CV-01545-BJR                      Telephone:  (206) 332-1380