THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRO (ALEX) KIRIGIN & LAUREN R. KIRIGIN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, AND PROGRESSIVE MAX INSURANCE COMPANY,<br><br>Defendants. | Civil Action No.: 2:24-cv-01545-BJR<br><br>**ORDER GRANTING JOINT NOTICE TO AMEND CASE CAPTION**<br><br>**CLERK'S ACTION REQUIRED** |

THIS MATTER came before this Court on the Parties' Joint Notice to Amend Case Caption (the "Notice"). The Court has reviewed the Notice and related briefing, and for good cause shown, IT IS HEREBY ORDERED that the Notice is GRANTED. The case caption shall be amended to *Alexandro (Alex) Kirigin & Lauren R. Kirigin v. Progressive Direct Insurance Company*.

ORDER GRANTING JOINT NOTICE TO AMEND CASE CAPTION
(CASE NO. 2-24-CV-01545-BJR)

1

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

DATED this 26th day of November 2024.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN

Presented by:

*/s/ Logan F. Peppin*
Logan F. Peppin, WSBA #55704
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel:   206.332.1380
lpeppin@bakerlaw.com

Rodger L. Eckelberry, OH #71207, *pro hac vice*
Ali I. Haque, OH #87860, *pro hac vice*
Christopher K. Riedel, OH #0101707, *pro hac vice*
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Tel:   614.228.1541
reckelberry@bakerlaw.com
ahaque@bakerlaw.com
criedel@bakerlaw.com

*Attorney for Defendant*
*Progressive Direct Insurance Company*

ORDER GRANTING JOINT NOTICE TO AMEND CASE CAPTION
(CASE NO. 2-24-CV-01545-BJR)

2

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380