THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRO (ALEX) KIRIGIN & LAUREN R. KIRIGIN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 2:24-cv-01545-BJR<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT'S DEADLINE TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL APPRAISAL AND STAY THE CASE** |

The Court, having read and considered the Unopposed Motion for Extension of Defendant's Deadline to file its Reply in Support of its Motion to Compel Appraisal and Stay the Case ("Unopposed Motion"), and for good cause appearing, rules as follows:

IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED. The deadline for Defendant to file its Reply in Support of its Motion to Compel Appraisal and Stay the Case shall be extended from December 9, 2024, up to and including, December 13, 2024.

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT'S DEADLINE FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL APPRAISAL AND STAY THE CASE
CIVIL ACTION NO.: 2:24-CV-01545-BJR

1

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

**IT IS SO ORDERED.**

Dated this 3rd day of December 2024

*Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

*/s/ Logan F. Peppin*
Logan Peppin, WSBA # 55704
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Tel:    206.332.1380
E-mail:lpeppin@bakerlaw.com

Rodger L. Eckelberry, OH #71207, *pro hac vice*
Ali I. Haque, OH #87860, *pro hac vice*
Christopher K. Riedel, OH #0101707, *pro hac vice*
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Tel:    614.462.2605
reckelberry@bakerlaw.com
ahaque@bakerlaw.com
criedel@bakerlaw.com

*Attorney for Defendant*
*Progressive Direct Insurance Company*